EUGENE BRENNAN, Respondent, *v.* M. L. P. BUILDERS CORPORATION, Appellant.

(Argued April 13, 1933; decided April 28, 1933.)

*Frederick Mellor* for appellant.
*Harry A. Gair* for respondent.

 no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE, J. Not sitting: HUBBS, J.